IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 26-cv-04891-CNS | Date: November 4, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| RAMON QUINTERO ALVAREZ<br>**Petitioner** | *Pro Se* |
| **v.** | |
| JUAN BALTAZAR<br>MARKWAYNE MULLIN<br>DAVID VENTURELLA<br>TODD BLANCHE<br>**Respondents** | *Andrew Soler* |

## COURTROOM MINUTES

### EVIDENTIARY HEARING

Court in Session: 11:03 a.m.

Appearance of counsel. Also present at defense table is AUSA Kevin Traskos and ICE Assistant Field Director Nichole Black.

The Court outlines the history of the case.

Argument given on re-detention of the petitioner by Mr. Soler with questions from the Court.

Defense witness, Assistant Field Director Nichole Black, called and sworn.

11:14 a.m. Direct examination of Ms. Black by Mr. Soler.

Examination of Ms. Black of the Court.

11:22 a.m. Examination of Ms. Black by Mr. Alvarez.

Petitioner, Ramon Quintero Alvarez, called and sworn.

11:23 a.m. Examination of Mr. Alvarez by the Court.

As outlined on the record, it is

**ORDERED: Mr. Alavarez is to be released by 2:00 p.m. today; Status Report to be filed today within an hour of release.**

**Respondents shall not impose any additional conditions of release or supervision beyond those that the petitioner was subject to immediately prior to his detention. Respondents are enjoined and restrained from re-detaining the petitioner unless respondents demonstrate by clear and convincing evidence at a pre-deprivation bond hearing that petitioner is a flight risk or danger to the community such that petitioner's physical custody is legally justified. At any such bond hearing the Government shall bear the burden of proof and the petitioner shall be allowed to have counsel present.**

**Additional Evidentiary Hearing is set for Monday November 9, 2026, at 9:00 a.m. Denver Field Office Director Nathan Rasper is to be present.**

Court in Recess: 11:41 a.m. Hearing concluded. Total time in Court: 00:38