**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04891-CNS

RAMON QUINTERO ALVAREZ,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security,
DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,
TODD BLANCHE, in his official capacity as Attorney General, U.S. Department of Justice,

Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on October 20, 2026, [ECF No. 6], November 4, 2026, [ECF No. 11] and November 18, 2026, [ECF No. 27] it is

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 18th day of November 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes, Deputy Clerk